UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No.: 17-1950 |
| J&G TREJO ENTERPRISES, INC., *et al.* | : | |
| *Defendants.* | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 12, 2022 Minute Order, counsel for the United States and the Trejo Defendants[1] only (collectively "the parties") respectfully notify the Court that the parties are still in the process of negotiating and completing final settlement documents. Although the parties have reached an agreement on most issues relevant to the settlement, there remain a small number of issues on which the parties have not yet been able to reach agreement. The parties have reached out to the appointed mediator to assist with those remaining issues.

Given these developments and to afford the parties additional time to finalize the settlement in this case, the parties respectfully propose that they submit a Joint Status Report to apprise the Court of the progress of this case on August 12, 2022. The parties shall promptly notify the Court should the case be entirely resolved before the next deadline.

DATED: June 13, 2022

---

[1] The "Trejo Defendants" include Defendants J&G Trejo Enterprise, Inc. (d/b/a Best Medical Supply); Mr. Jose Luis Trejo; and Ms. Gabriela Trejo.

Respectfully submitted,

DAVIS & SANTOS, P.C.

By: */s/*_____
Jason M. Davis
Texas State Bar No. 00793592
H. Jay Hulings
Texas State Bar No. 24104573
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395
jdavis@dslawpc.com.com
jhulings@dslawpc.com.com

*Attorneys for Defendants*
*J&G Trejo Enterprises, Inc.,*
*Jose Luis Trejo and Gabriela Trejo*
*(Admitted Pro Hac Vice)*

Michael K. Ross
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 735-5071
mross@aegislawgroup.com

*Attorney for Defendants*
*J&G Trejo Enterprises, Inc.,*
*Jose Luis Trejo and Gabriela Trejo*


MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      //s//_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524

2

Fax: (202) 252-2599  
E-mail: John.Truong@usdoj.gov  
Counsel for United States of America

3